MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   mchristian@klnevada.com
          ncox@klnevada.com

Attorneys for Plaintiff
QBE SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| QBE SPECIALTY INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VITA MAGHEN NEVADA TRUST, a Nevada trust; CY C. YEHROS, an individual; and SUSAN L. RUBIN, an individual,<br><br>Defendants. | CASE NO. 2:12-cv-00976-KJD-GWF<br><br>**ORDER OF DEFAULT JUDGMENT** |

An Application having been duly made by Plaintiff QBE Specialty Insurance Company for judgment against Defendants, VITA MAGHEN NEVADA TRUST, CY C. YEHROS, and SUSAN L. RUBIN (collectively "Defendants"), the defaults of said Defendants having been entered for failure to answer or otherwise defend as to the Complaint of Plaintiff, it appearing that said Defendants are not in the military service of the United States and are not infants or incompetent persons, and good cause appearing therefore,

/ / /

/ / /

/ / /

/ / /

1219104 (8334-2)                           Page 1 of 2

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff and against Defendants, jointly and severally, in the total amount of $131,624.87, consisting of the principal amount of $122,100.00, reasonable attorneys' fees of $8,130.00, and allowable costs of $1,394.87. The total judgment amount shall accrue post-judgment interest at the rate provided by Nevada law.

DATED September 17, 2012

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

**KOLESAR & LEATHAM, CHTD.**

/s/ Matthew J. Christian
_____
MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145

Attorneys for Plaintiff
QBE SPECIALTY INSURANCE COMPANY